IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   17-cv-01346-WYD-MJW

OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

JAGGED PEAK ENERGY INC.,
JOSEPH N. JAGGERS,
ROBERT W. HOWARD,
SHONN D. STAHLECKER,
CHARLES D. DAVIDSON,
S. WIL VANLOH, JR.,
BLAKE A. WEBSTER,
CITIGROUP GLOBAL MARKETS INC.,
CREDIT SUISSE SECURITIES (USA) LLC,
J.P. MORGAN SECURITIES LLC,
GOLDMAN, SACHS & CO.,
RBC CAPITAL MARKETS, LLC,
WELLS FARGO SECURITIES, LLC,
UBS SECURITIES LLC,
KEYBANC CAPITAL MARKETS, INC.,
ABN AMRO SECURITIES (USA) LLC,
FIFTH THIRD SECURITIES, INC,
PETRIE PARTNERS SECURITIES, LLC,
TUDOR, PICKERING, HOLT & CO SECURITIES, INC.,
BMO CAPITAL MARKETS CORP.,
DEUTSCHE BANK SECURITIES INC.,
EVERCORE GROUP L.L.C., and
SCOTIA CAPITAL (USA) INC.,

    Defendants.

## ORDER OF ADMINISTRATIVE CLOSURE

THIS MATTER is before the Court on Defendants' Motion for Stay (ECF No. 36),

filed July 31, 2017.  Plaintiff filed an Opposition to Defendants' Motion for Stay (ECF No. 37) on August 21, 2017, and Defendants filed a Reply (ECF No. 40) on September 15, 2017.  This matter is a putative securities class action on behalf of persons who purchased or otherwise acquired shares of Jagged Peak Energy Inc.  Plaintiff filed this action in state court asserting claims under the federal Securities Act of 1933, and Defendants removed the case to federal court.  (*See* ECF No. 1).  Subsequently, Plaintiff filed a Motion to Remand (ECF No. 29), asking the Court to remand this matter to state court.

On June 27, 2017, the United States Supreme Court granted a petition for a writ of certiorari on the following issue: Whether state courts lack subject matter jurisdiction over covered class actions that allege only 1933 Act claims.  *Cyan, Inc. v. Beaver County Employees Retirement Fund*, 137 S. Ct. 2325 (2017).  Now, Defendants move for a stay because the Supreme Court's decision on this issue may be dispositive of Plaintiff's Motion to Remand, which challenges this court's jurisdiction to hear this Securities Act of 1933 case.  (ECF No. 36 at 4).  Plaintiff's Motion in Opposition argues that "a stay is not appropriate because Plaintiff filed this case in state court, a court of competent jurisdiction under the 1933 Act."  (ECF No. 37 at 3).

After carefully reviewing the file in this matter, I find that relief is warranted for good cause shown.  However, to the extent that Defendants request a stay, that request is denied.  In lieu of a stay, the case will be administratively closed pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown.

Accordingly, it is

ORDERED that Defendants' Motion for Stay (ECF No. 36) is **DENIED** to the extent

it requests a stay of the proceedings.   It is

FURTHER ORDERED that since the length of time for the United States Supreme Court to issue an opinion in *Cyan, Inc. v. Beaver County Employees Retirement Fund*, 137 S. Ct. 2325 (2017) is uncertain, I find that this case should be **ADMINISTRATIVELY CLOSED** pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown.   In furtherance of the administrative closure, the parties shall file periodic reports regarding the status of the Supreme Court case.   It is

FURTHER ORDERED that in light of the administrative closure of this matter, Plaintiff's Motion to Remand (ECF No. 29), filed June 19, 2017, is **DENIED WITHOUT PREJUDICE.**

Dated:   October 18, 2017.

BY THE COURT:

*/s/ Wiley Y. Daniel*
Wiley Y. Daniel
Senior United States District Judge